## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LASOAH SAVANT                                                                                      PLAINTIFF
ADC #141211

v.                                    NO. 5:13CV00257 JLH/BD

THANE HUYARD, Sergeant, Varner
Supermax Unit, Arkansas Department of Correction;
and TERRIE L. BANISTER, Disciplinary Hearing
Officer, Varner Supermax Unit,
Arkansas Department of Correction                                                                  DEFENDANTS

## ORDER

Magistrate Judge Beth Deere has filed a Partial Recommended Disposition in which she recommends that Lasoah Savant's claims against Terrie L. Banister and his disciplinary appeal claim be dismissed without prejudice. No objections have been filed. Savant has also filed a motion to dismiss the claims against Banister without prejudice. The Partial Recommended Disposition is therefore adopted in all respects, and the motion to dismiss is GRANTED. Documents #16 and #20. Savant's claims against Terrie L. Banister, as well as his claims regarding the appeal of his disciplinary conviction, are dismissed without prejudice.

IT IS SO ORDERED this 18th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE