
**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

LASOAH SAVANT, ADC #141211                                                              PLAINTIFF

v.                                            NO. 5:13CV00257 JLH/BD

THANE HUYARD                                                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 5th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE